IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OL J. KHAO,<br>        **Plaintiff,**<br><br>        v.<br><br>**AMERI MOTORS, INC, JAWAD AL MIRI, GATEWAY ONE LENDING & FINANCE, LLC & JOHN DOES,**<br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  16-5095** |

**O R D E R**

**AND NOW**, this 31st day of January, 2017:

*WHEREAS* on September 22, 2016, Plaintiff filed this Complaint (ECF # 1);

*WHEREAS* on October 11, 2016, Defendants Ameri Motors, Inc., and Jawad al Miri were personally served with a summons (ECF No. 2);

*WHEREAS* to date, Defendants Ameri Motors, Inc., and Jawad al Miri have not filed a responsive pleading;

*WHEREAS* on November 28, 2016, Defendant Gateway One Lending & Finance filed its answer (ECF No. 5);

*WHEREAS* on January 3, 2017, Plaintiff filed for entry of default against Defendants Ameri Motors, Inc., and Jawad al Miri, for failure to appear, plead or otherwise defend (ECF No. 8);

*WHEREAS* on January 10, 2017, the Clerk made an entry of default against Defendants Ameri Motors, Inc., and Jawad al Miri;

*WHEREAS* on January 30, 2017, Plaintiff filed a Motion for Default Judgment against Defendants Ameri Motors, Inc., and Jawad al Miri (ECF No. 12);

2

       *WHEREAS* Plaintiff's Motion for Default Judgment fails to address the legal standards for granting a default judgment, *Chamberlain v. Giampapa*, 210 F.3d 154, 164 (3d Cir. 2000) (citing *United States v. $55,518.05 in U.S. Currency*, 728 F.2d 192, 195 (3d Cir. 1984)); *Farzetta v. Turner & Newall, Ltd.*, 797 F.2d 151, 153 (3d Cir. 1986) (citing *Frow v. De La Vega,* 82 U.S. 552 (1872));

       **IT IS ORDERED** that Plaintiff's motion is **DENIED WITHOUT PREJUDICE.**

                                                                          **BY THE COURT:**

                                                                          **/S/WENDY BEETLESTONE, J.**

                                                                          _____
                                                                          **WENDY BEETLESTONE, J.**